IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
~~ROANOKE~~ DIVISION
*L'burg*

| | | |
|---|---|---|
| MOLLY S. BILLINGS, | ) | Civil Action No. 6:08cv010 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STONEWALL JACKSON HOSPITAL | ) | |
| and | ) | |
| CARILION HEALTH SYSTEM, | ) | |
| | ) By: | Michael F. Urbanski |
| Defendants. | ) | United States Magistrate Judge |

## ORDER

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED AND ORDERED** that Plaintiff's Motion to Compel (Dkt. No. 57) is **DENIED**.

It is clear that attorney-client privilege existed, was properly invoked and has not been waived. Neither the "at issue" nor crime-fraud exceptions apply.

The Clerk of the Court is directed to send a certified copy of this Memorandum Opinion and accompanying Order to Plaintiff's counsel of record and to Defendants' counsel.

Enter this 15th day of June, 2009.

_____
Michael F. Urbanski
United States Magistrate Judge

8